UNITED  STATES  DISTRICT  COURT
SOUTHERN  DISTRICT  OF  OHIO
WESTERN  DIVISION

| | | |
|---|---|---|
| ROBERT E. PERDUE, | : | Case No. 1:14-cv-967 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| | : | |
| OHIO STATE HIGHWAY | : | |
| PATROL, *et al*., | : | |
| | : | |
| Defendants. | : | |

**DECISION AND ENTRY**
**ADOPTING THE REPORT AND RECOMMENDATIONS**
**OF THE UNITED STATES MAGISTRATE JUDGE   (Doc. 4)**

This case is before the Court pursuant to the Order of General Reference in the

United States District Court for the Southern District of Ohio Western Division to United

States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate

Judge reviewed the pleadings filed with this Court and, on January 15, 2015, submitted a

Report and Recommendations.  (Doc. 4).  Plaintiff filed an objection.[1]  (Doc. 5).

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has

reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all

of the filings in this matter.  Upon consideration of the foregoing, the Court does

determine that such Report and Recommendations should be and is hereby adopted in its

entirety.  Accordingly:

---

[1] Plaintiff's objection is simply a short summary reiterating the facts contained in his complaint.  (Doc. 5).

1.    Plaintiff's complaint is **DISMISSED** pursuant to 28 U.S.C. Section 1915(e)(2)(B) and 1915A(b)(1); and

2.    Pursuant to 28 U.S.C. Section 1915(a)(3), an appeal of this Order would not be taken in good faith and therefore, Plaintiff is denied leave to appeal *in forma pauperis*.

The Clerk shall enter judgment accordingly, whereupon this case is CLOSED in this Court.

**IT IS SO ORDERED**.

Date:  2/3/15                                            *s/ Timothy S. Black*
                                                         Timothy S. Black
                                                         United States District Judge